# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

FIRST TENNESSEE BANK
NATIONAL ASSOCIATION,

      Intervenor Plaintiff,

v.                                              Civil Action No. 3:09cv550

GLOBAL TITLE, LLC, d/b/a
GLOBAL TITLE SERVICES,

      Third-Party Plaintiff,

v.

ST. PAUL FIRE & MARINE
INSURANCE COMPANY,

      Third-Party Defendant.


## ORDER

This matter comes before the undersigned Magistrate Judge pursuant to 28 U.S.C.

§ 636(b)(1)(B) for a Report and Recommendation on Cross-Motions for Summary Judgment

filed in this case. By Report and Recommendation entered November 16, 2010, the undersigned

recommended that the pending Cross-Motions for Summary Judgment be denied without

prejudice and that new briefing be ordered. On November 19, 2010, during a conference call

with the Court, the parties jointly agreed to a new briefing schedule for summary judgment

motions as to coverage issues under the insurance policy issued by St. Paul Fire and Marine

Insurance Company to Global Title, LLC. Based on the agreement of the parties, the Court

ORDERS the following:

1. The parties shall file Motions for Summary Judgment on or before January 6, 2011.

2. Any responsive briefs to the Motions for Summary Judgment shall be filed on or before January 20, 2011.

3. Any reply briefs to the responsive briefs shall be filed on or before January 26, 2011.

4. All briefs shall first and foremost discuss the duty to defend coverage issue. Any arguments about other issues aside from the duty to defend shall be briefed in separately and clearly marked sections.

5. The hearing on the Motions for Summary Judgment shall be held on February 9, 2011, at 2:00 p.m.

Let the Clerk send copies of this Order to counsel of record and the Honorable Richard L. Williams.

And it is so ORDERED.

/s/

M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 11-23-10