**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **FIRST TENNESSEE BANK NATIONAL ASSOCIATION,** | ) ) ) ) | |
| Intervenor Plaintiff, | ) ) | |
| v. | ) ) ) | **Civil Action No. 3:09CV550** |
| **GLOBAL TITLE, LLC, d/b/a GLOBAL TITLE SERVICES,** | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) ) | |
| **ST. PAUL FIRE & MARINE INSURANCE COMPANY,** | ) ) ) | |
| Third-Party Defendant. | ) ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (R&R) entered on November 16, 2010 (Docket No. 63). The time to file objections has expired, and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

    (1)    The Report and Recommendation of the United States Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

    (2)    The Motions for Summary Judgment (Docket Nos. 45 & 46) are DENIED WITHOUT PREJUDICE and the briefing schedule set forth in the Order of November 23, 2010 (Docket No. 64) is ACCEPTED and ADOPTED.

Let the Clerk send a copy of this Order to all counsel of record and to Judge Lauck.

It is so ORDERED.

                                                  /s/
                                      Richard L. Williams
                                      Senior United States District Judge

Richmond, Virginia
Date: <u>December 15, 2010</u>