# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| GLOBAL TITLE, LLC, d/b/a <br> GLOBAL TITLE SERVICES, <br><br>    Third-Party Plaintiff/Counter-Defendant/ <br>    Intervening Defendant, <br><br> v. <br><br> ST. PAUL FIRE & MARINE <br> INSURANCE COMPANY, <br><br>    Third-Party Defendant/Counter-Plaintiff/ <br>    Cross-Plaintiff, <br><br> and <br><br> FIRST TENNESSEE BANK <br> NATIONAL ASSOCIATION, <br><br>    Intervening Plaintiff/Cross-Defendant. | Civil Action No. 3:09CV550–HEH |

## ORDER

THIS MATTER is before the Court on the Report and Recommendation of the Magistrate Judge ("R&R") (Dk. No. 83), filed on February 18, 2011, and objections thereto.

For the reasons stated in the accompanying Memorandum Opinion, the R&R is hereby ADOPTED. Global Title, LLC ("Global")'s Motion to Adopt and Conform the Objections Filed by First Tennessee (Dk. No. 85), filed on March 3, 2011, is GRANTED; St. Paul Fire & Marine Insurance Company ("St. Paul")'s Motion for Summary Judgment (Dk. No. 71), filed on January 6, 2011, is GRANTED; Global's Motion for Summary

Judgment (Dk. No. 70), filed on January 6, 2011, is DENIED; and First Tennessee Bank National Association ("First Tennessee")'s Motion for Summary Judgment (Dk. No. 74), filed on January 6, 2011, is DENIED.

Accordingly, Global's claim for declaratory relief in its Second Amended Third Party Complaint (Dk. No. 13), filed on November 17, 2009, is DISMISSED WITH PREJUDICE, and judgment is hereby entered in St. Paul's favor on all counts in St. Paul's Third Amended Counterclaim and Crossclaim for Declaratory Judgment (Dk. No. 41), filed on May 6, 2010.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: April 26, 2011
Richmond, VA